

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

December 19, 2007

*[handwritten endorsement:] 12/19/07 Extension granted — time excluded on consent*

**BY FACSIMILE:** (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Mutholib Sanni and Francia Tabares**
           07 Cr. 999 (CM)

Dear Judge McMahon:

        The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for December 18, 2007 to January 24, 2008, at 9:30 a.m.

        The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through January 24, 2008. The Government makes this request, with the consent of defense counsel, to permit the defense to review discovery, and for the Government and the defense to pursue discussions regarding a possible disposition before trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

[Stamp:] USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/20/07

cc:    Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
        John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)