


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2008

1/23/08

OK

Time Excluded through 2/21/08.

BY FACSIMILE: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Mutholib Sanni and Francia Tabares
       07 Cr. 999 (CM)

Dear Judge McMahon:

    The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for January 24, 2008, at 9:30 a.m., to February 21, 2008, at 9:30 a.m.

    The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through February 21, 2008. The Government makes this request, with the consent of defense counsel, to permit the defense to review discovery, for the Government and the defense to pursue discussions regarding a possible disposition before trial, and to accommodate the schedule of defense counsel.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc:   Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
       John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)

TOTAL P.01