U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

May 20, 2008

*5/21/08 Matter adj' to 7/1/08 as to both defendants. Time Excluded through 7/1/08*

*[signature] Colleen McMahon*

**BY FACSIMILE**: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Mutholib Sanni and Francia Tabares
      07 Cr. 999 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for May 21, 2008, to July 1, 2008, at 10:00 a.m.

The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from May 21 through July 1, 2008. The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc:   Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
      John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax:718-448-8685)

TOTAL P.01