

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

June 30, 2008

*Matter adj'd to 8/1/08 at 9:30 AM. Time Excluded in the interest of justice*

/s/ Colleen McMahon

BY FACSIMILE: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Mutholib Sanni and Francia Tabares
      07 Cr. 999 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for July 1, 2008, to a date convenient for the Court after the last week in July 2008.

The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from July 1 through the new conference date. The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Eugene Ingoglia
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

[Stamp: USDS, DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 7/2/08]

cc:   Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
      John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)