JUL-30-2008 16:42                                                                    P.01/01



U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

July 30, 2008

BY FACSIMILE: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   United States v. Mutholib Sanni and Francia Tabares
         07 Cr. 999 (CM)

Dear Judge McMahon:

   The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for August 1, 2008, to September 19, 2008, at 9:30 a.m.,

   The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from August 1 through the new conference date. The Government makes this request, with the consent of defense counsel, for the Government and the defense to continue to pursue discussions regarding a possible disposition before trial.

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney

                                           By:    _____
                                                  Eugene Ingoglia
                                                  Assistant U.S. Attorney
                                                  (212) 637-1113

cc:   Roy Kulcsar, Esq., counsel for Francia Tabares (fax: 201-439-1478)
      John M. Murphy, Jr., Esq., counsel for Mutholib Sanni (fax: 718-448-8685)

                                                                          TOTAL P.01